**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**ANDRE KELLEY,**

       **Plaintiff,**

                **Civil No. 9:01-CV-1926**
  **v.**              **(GLS/GJD)**

**GLENN S. GOORD, Commissioner of DOCS; FLOYD BENNETT, Superintendent, DOCTOR CHEW[1]; M.L. HOLLINS, Superintendent; DOCTOR SEN; RAY GODY, IGRC, Supervisor,**

       **Defendants.**

---

**APPEARANCES:**       **OF COUNSEL:**

**FOR THE PLAINTIFF:**

ANDRE KELLEY
Plaintiff *Pro Se*
00-B-1596
Mohawk Correctional Facility
6100 School Road, Box 8451
Rome, New York 13442

**FOR THE DEFENDANTS:**

HON. ELIOT SPITZER      MARIA MORAN
Attorney General, State of New York  Assistant Attorney General
615 Erie Blvd. West, Suite 102
Syracuse, NY 13204-2455

---

[1] Doctor "Chew" is actually Dr. Cheng Yin, M.D.  He has been served and has appeared by counsel in this action.

**Gary L. Sharpe**
**U.S. District Judge**

# MEMORANDUM-DECISION AND ORDER

## I. Introduction

Plaintiff *pro se* Andre Kelley brings this action pursuant to 42 U.S.C. § 1983. Kelley alleges that his constitutional rights were violated when the defendants failed to provide him with adequate medical care and access to the courts. Although Kelley has objected to the Report-Recommendation of Magistrate Judge Gustave J. DiBianco's Report-Recommendation, those objections are nothing more than a reiteration of the allegations in his complaint and add nothing new for this court to consider. Upon careful consideration of the objections, the relevant parts of the record, and the applicable law, and having conducted a *de novo* review, the court adopts the Report-Recommendation in its entirety.

## II. Procedural History

Kelley commenced this action on December 17, 2001. *Dkt. No. 1*. On January 28, 2004, the defendants moved for summary judgment. *Dkt. No. 49*. On October 8, Judge DiBianco issued a Report-Recommendation which recommended granting the defendants' motion and dismissing

2

Kelley's complaint in its entirety. *Dkt No. 55.* Kelley objected. *Dkt. No. 56.*

## III. Discussion[2]

### A. Standard of Review

The Court reviews the objected-to findings and recommendations in a magistrate judge's report-recommendation *de novo*, and will accept the report's uncontested parts unless they are "clearly erroneous." *See* 28 U.S.C. § 636(b)(1)(A),(C); *Thomas E. Hoar, Inc. v. Sara Lee Corp.*, 900 F.2d 522, 525 (2d Cir. 1990). The court adopts the summary judgment standard as it is correctly articulated in Judge DiBianco's Report-Recommendation. *Dkt. No. 55.*

### B. Report-Recommendation

For the reasons stated in Judge DiBianco's well-articulated and thorough Report-Recommendation, this court adopts it in its entirety. The Defendants' Motion for Summary Judgment is **GRANTED** and the Plaintiff's entire Complaint is **DISMISSED** with respect to each Defendant.

**IT IS SO ORDERED.**

September 28, 2005
Albany, New York

Gary L. Sharpe
U.S. District Judge

---

[2] The court adopts the factual summary in Judge DiBianco's Report-Recommendation, and assumes familiarity with the facts alleged in Kelley's complaint. *Dkt. No. 1*; *Dkt. No. 55.*